IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. LKG-24-329** |
| | * | |
| **MACK LEE CLECKLEY III,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

*******

# JOINT STATUS REPORT

Pursuant to the Court's order (ECF No. 20), the United States of America, by and through the undersigned counsel, and counsel for Mack Lee Cleckley III ("Defendant", collectively the "Parties"), respectfully submit this joint status report.

1. Defendant is charged with one count of possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), (b)(1)(c), one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of 21 U.S.C. § 924 (c), and one count of felon in possession of ammunition, in violation of 18 U.S.C. § 922 (g)(1). ECF No. 1

2. Defendant had his initial appearance and arraignment on December 4, 2024. ECF No. 6.

3. On December 19, 2024, the Court granted the Government's consent motion to exclude time under the Speedy Trial Act from December 9, 2024, through and including February 3, 2025. ECF No. 17. The Government filed a second motion to exclude time under the Speedy Trial Act from February 4, 2025, through and including April 4, 2025. The second motion is currently pending before the Court.

4. On January 10, 2025, the Court entered an order directing the Parties to submit a joint status report on whether the Parties are ready to proceed to trial and to set a schedule for pretrial proceedings.

    a. The Parties are not ready to set a schedule for pretrial proceedings or to proceed to trial. The Parties are requesting additional time to engage in plea negotiations. The Parties propose submitting a joint status report on or before April 4, 2025, to update the Court.

5. Defense counsel has reviewed this joint status report and consents to its filing.

Respectfully submitted,

                                                                        Philip A. Selden
                                                                        Acting United States Attorney

| /s/ | /s/ |
|---|---|
| John McKenna | Lanay Mitchell |
| 6305 Ivy Lane, Suite 700 | Special Assistant United States Attorney |
| Greenbelt, Maryland 20770 | Office of the United States Attorney |
| 301-474-0044 | 6406 Ivy Lane, 8th Floor |
| jmckenna@brennanmckenna.com | Greenbelt, Maryland 20770 |
| | 301-344-0229 |
| | lanay.mitchell@usdoj.gov |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court via CM/ECF on February 19, 2025, and thereby served counsel for the Defendant on the date of filing.

Respectfully submitted,

Philip A. Selden
Acting United States Attorney


By: _____/s/_____
Lanay Mitchell
Special Assistant United States Attorney