UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MACK LEE CLECKLEY III,<br><br>Defendant. | CRIMINAL NO. LKG-24-329 |

**GOVERNMENT'S MOTION TO EXTEND DEADLINE FOR FILING RESPONSE TO THE DEFENDANT'S PRETRIAL MOTIONS**

The United States of America, by and through its undersigned attorney, respectfully requests that this Honorable Court extend the deadline to file its memorandum in opposition to Mack Cleckley III's pretrial motions through October 10, 2025. In support of this motion, the government states the following.

1.  On November 14, 2024, Mr. Cleckley was charged with a three-count indictment with one count of possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), (b)(1)(c), one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of 21 U.S.C. § 924 (c), and one count of felon in possession of ammunition, in violation of 18 U.S.C. § 922 (g)(1). ECF No. 1.

2.  On August 8, 2025, the government filed a Consent Motion to Exclude Time Under the Speedy Trial Act from August 8, 2025, until September 5, 2025, which this Court granted on August 11, 2025. ECF Nos. 29, 30. In the consent motion, the government stated that Mr. Cleckley intended to file pretrial motions no later than August 15, 2025. *Id*.

3.  On August 15, 2025, Mr. Cleckley filed an unopposed motion for an extension of time to file pretrial motions, until August 19, 2025. ECF No. 31.

4. On August 19, 2025, Mr. Cleckley filed a second motion for an extension of time to file pretrial motions, until August 21, 2025. ECF No. 32. On August 20, 2025, the Court issued a Scheduling Order that denied as moot Mr. Cleckley's first motion for an extension of time and granted Mr. Cleckley's second motion for an extension of time. *Id*. The Scheduling Order directed the government to file an opposition to Mr. Cleckley's pretrial motions by September 5, 2025, and for Mr. Cleckley to file his reply brief by September 19, 2025. *Id*.

5. Mr. Cleckley filed his pretrial motions on August 21, 2025. ECF No. 34.

6. On August 22, 2025, the government file a consent motion to amend the Court's August 20, 2025, Scheduling Order. ECF No. 36. The parties' proposed scheduling order set the government's deadline to file its response by September 29, 2025, and for Mr. Cleckley to file his reply brief by October 20, 2025. *Id*.

7. The government is diligently working to prepare its omnibus memorandum in opposition to Mr. Cleckley's pretrial motions. After the parties submitted to the Court the proposed scheduling order, undersigned counsel had to attend a work-related training from September 8, 2025, through September 18, 2025. Before attending the training, undersigned counsel attempted to meet with multiple law enforcement witnesses involved in this matter in order to draft the government's memorandum in opposition. Undersigned counsel eventually met with the necessary law enforcement witnesses on September 26, 2025.

8. The government has conferred with defense counsel about this filing. Defense counsel has consented to this filing and is requesting Mr. Cleckley's reply brief to be filed no later than October 24, 2025.

WHEREFORE, the government respectfully requests the Court to extend the deadline to file its memorandum in opposition to Mr. Cleckley's deadline through October 10, 2025.

        Respectfully submitted,

        Kelly O. Hayes
        United States Attorney

By:     /s/
        Lanay Mitchell
        Special Assistant United States Attorney

So Ordered this ____ day of _____, 2025.

        _____
        Honorable Lydia K. Griggsby
        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2025, I caused the foregoing to be electronically filed through this Court's CM/ECF system, which will send notification of such filing to all parties.

/s/ _____
Lanay Mitchell
Special Assistant United States Attorney