# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 24-cr-00329-LKG |
| ) | |
| MACK LEE CLECKLEY, III, ) | Dated: September 29, 2025 |
| ) | |
| Defendant. ) | |

## AMENDED SCHEDULING ORDER

On September 28, 2025, the Government filed a consent motion for extension of time, extending the Government's deadlines to respond to the Defendant's motion to suppress and request for a *Frank's* hearing. ECF No. 38. In support of its motion, Government counsel states that, among other things, she needs additional time to prepare the Government's response, because she was unable to speak with essential witnesses until Friday, September 26, 2025. *See id*.

In light of the foregoing, and for good cause shown, the Court: (1) **GRANTS** the Government's consent motion for an extension of time (ECF No. 38) and (2) **MODIFIES** the August 28, 2025, Pretrial Scheduling Order as follows:

| | |
|---|---|
| The Government's response in opposition to the Defendant's pretrial motions | **October 10, 2025** |
| Defendant's reply brief | **October 24, 2025** |

**IT IS SO ORDERED.**

                                                s/ Lydia Kay Griggsby
                                                LYDIA KAY GRIGGSBY
                                                United States District Judge